UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| PAUL WOTZKA, | Civil No. 07-2876 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| GAYLEN REETZ and THE MINNESOTA POLLUTION CONTROL AGENCY, | |
| Defendants. | |

_____

James H. Kaster, Steven Andrew Smith and E. Michelle Drake, **NICHOLS KASTER & ANDERSON, PLLP,** 4600 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for plaintiff.

Gary R. Cunningham, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1100, Saint Paul, MN 55101, for defendants.

Based upon the parties' stipulation for dismissal [Docket No. 17], **IT IS HEREBY ORDERED THAT** plaintiff's complaint against defendants is dismissed without prejudice, and with each party to bear its own costs and attorney's fees.

DATED: October 29, 2007
at Minneapolis, Minnesota.

                                                      s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                         United States District Judge